IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDGAR-RAUL RAMIREZ, | § | |
| *Plaintiff*, | § § § | |
| v. | § | Civil Action No. 3:23-CV-2618-X-BN |
| CHRISTOPHER S. FERGUSON, | § § § | |
| *Defendant*. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 6). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 4th day of March, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1